**United States District Court**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 06 2005 ★

BROOKLYN OFFICE

**JACK B. WEINSTEIN**
Senior District Judge

December 28, 2004

Frank Nagi
61715-053
MDC
P.O.B. 329002
Brooklyn, N.Y.   11232

Re-CV04-2214 (JBW)

Dear Mr. Nagi:

    Your letter to Judge Weinstein has been received. It has been forwarded to counsel.

Respectfully,

June P. Lowe
Case Manager

cc-Arthur Linker
    David James